# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0375. MARISOL MONTALVO ESTRADA et al v. 5G INVESTMENTS, LLC et al.

Marisol Montavalo Estrada, on behalf of Henry Estrada Montavalo, a minor, Marisol Montavalo Estrada, individually, and Jose Estrada Meija (the "plaintiffs") filed a notice of appeal of the superior court's order granting a motion to dismiss and compel arbitration filed by 5G Investments, LLC d/b/a Nitrozone and Breonna Perry (the "defendants") and denying the plaintiffs' motion to strike the defendants' pleadings. Although the trial court dismissed the plaintiffs' complaint, the defendants' counterclaims remain pending below. "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hospital Corporation of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).

Moreover, an appeal from an order granting a motion to compel arbitration is not a final judgment within the meaning of OCGA § 5-6-34 (a) (1), and accordingly is subject to the interlocutory appeals procedures of OCGA § 5-6-34 (b). *McAllaster v. Merrill Lynch, Pierce, Fenner & Smith*, 212 Ga. App. 697, 697 (443 SE2d 9) (1994). Thus, the plaintiffs were required to follow the interlocutory appeal procedure for this reason, as well. Because the plaintiffs failed to comply with the interlocutory appeal procedure, this Court lacks jurisdiction to consider this appeal.  Accordingly,

this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__10/28/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*